# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134320

CRAWFORD COUNTY and KALKASKA
COUNTY,
   Plaintiffs-Appellees,

v

             SC: 134320
             COA: 254180
             Otsego CC: 02-010014-CZ

OTSEGO COUNTY,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. A public question being involved, and in light of the relationships between the parties, no costs are awarded.

   KELLY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2008

d0318

_____
Clerk